# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD87 | E2135798 | S. GADDY | A421 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 04/15/2025 0900 | 50 USC 797 |

**Place of Offense**
BOWYER RD. AT GATE 8

**Offense Description: Factual Basis for Charge** HAZMAT ☐
PENALTY FOR VIOLATION OF SECURITY REGULATIONS AND ORDERS.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| FANNING | MICHAEL | B. |

Street Address: [REDACTED]

| Tag No. | State | Year | Maker/Model | PASS | Color |
|---|---|---|---|---|---|
| ARH8700 | WA | '14 | KIA OPTIMA | | SILVER |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| USNA ALUMNI HALL | TBD |
| | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

*E2135798*

CVB SCAN 04/29/2025 16:22

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 15 APR, 20 25 while exercising my duties as a law enforcement officer in the EASTERN District of MARYLAND

I observed a silver in color Kia Optima drive up to the second lane of Gate 8 on Bowyer Rd and come to a stop for a RAM vehicle inspection. LT Rocha and I were conducting the inspection when we noticed the driver had (3) 9mm rounds of ammunition and (2) 15-round magazines in his center console. The rounds and magazines were collected for evidence.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/15/2025  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident. **PASS** = 9 or more passenger vehicle.
**CDL** = Commercial drivers license. **CMV** = Commercial vehicle involved in incident.

CVB SCAN 04/29/2025 16:22